944 A.2d 26

EDDIE JAVIAR, PETITIONER–PETITIONER, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT–RESPONDENT.

February 21, 2008.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

944 A.2d 27

OCEAN MEDICAL IMAGING ASSOCIATES D/B/A OCEAN MEDI-
CAL IMAGING CENTER, ET AL., APPELLANTS–PETITION-
ERS, v. NEW JERSEY DEPARTMENT OF HEALTH AND SEN-
IOR SERVICES, RESPONDENT–RESPONDENT.

February 21, 2008.

Denied.

944 A.2d 27

MARY E. WHITE, PLAINTIFF–PETITIONER,
v. CARL J. FLORCZAK, DEFENDANT.

February 28, 2008.

Denied.